UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　Plaintiff<br><br>v.<br><br>NORMAN J. ESTES,<br><br>　　Defendant | )<br>)<br>)<br>)<br>)　2:23-cv-00200-LEW<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL PRETRIAL ORDER**

The Court conducted a telephonic final pretrial conference on October 26, 2023. Attorney John Doonan appeared for Plaintiff. Defendant did not appear for the conference. Attorney Stanley Greenberg appeared for Party-in-Interest Unifund CCR Partners.

Based on the discussion during the conference, the Court orders:

1. On or before November 17, 2023, the parties shall file with the Court (a) a list of all trial stipulations, including all stipulations regarding the admissibility of exhibits, (b) a joint exhibit list, and (c) a list of witnesses each party intends to call at trial.

2. The Court will schedule the matter for trial, with an anticipated length of two hours or less, for a date in December 2023. The Court will provide the parties with reasonable notice of the trial date.

　　　　　　　　　　　　　　　　　　　　/s/ John C. Nivison
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Dated this 26th day of October, 2023.